UNITED STATES DISTRICT COURT FILED
DISTRICT OF MASSACHSUETTS CLERKS OFFICE

CIVIL NO: 05CV10304WGY

2005 FEB 23 P 4:17

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ROBERT GORMLEY | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| VS. | ) |
| | ) |
| WERNER LADDER CO., INC., AND HOME DEPOT U.S.A., INC. | ) |
| DEFENDANTS | ) |

## STIPULATION TO EXTEND TIME TO ANSWER PLAINTIFF'S COMPLAINT

Defendant, Werner Co. and Home Depot U.S.A., Inc. hereby moves to extend the deadline by which it must answer, plead or otherwise respond to the Complaint filed by the Plaintiff until March 14, 2005.

In support of its Stipulation, Werner Co. and Home Depot U.S.A., Inc. states that counsel has agreed to extension.

## CERTIFICATE OF SERVICE

      I, Brian P. Voke, attorney for the Defendant, Werner Co., and Home Depot U.S.A., Inc., hereby certify that I have this date, February 23, 2005 served a copy of the attached Stipulation to Extend Time to Answer Plaintiff's Complaint on all interested parties by forwarding copy of same, via first class mail, postage prepaid, on the attorney of record, namely, Edward M. Swartz, Esquire, Swartz & Swartz, 10 Marshall Street, Boston, MA 02108.

      WERNER CO. &
      HOME DEPOT U.S.A., Inc.

      By Its Attorneys

      CAMPBELL, CAMPBELL & EDWARDS,
      PROFESSIONAL CORPORATION

      */s/ Brian P. Voke*
      Brian P. Voke, BBO#544327
      One Constitution Plaza
      Boston, MA 02129
      Tel. No. (617) 241-3000
      Fax. No. (617) 241-5115