UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHSUETTS

| | |
|---|---|
| ROBERT GORMLEY<br><br>PLAINTIFF<br><br>VS.<br><br>WERNER LADDER CO.,<br>INC., AND HOME DEPOT<br>U.S.A., INC.<br>DEFENDANTS | ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO: 05CV10304WGY |

WERNER CO.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A), Werner Co. discloses that Werner Holding Co. (PA), Inc. and Werner Holding Co. (DE), Inc. are the parent corporations of Werner Co. There are no publicly held corporations that own 10% or more of Werner Co.'s stock.

        WERNER CO.
        By Its Attorneys

        CAMPBELL, CAMPBELL EDWARDS &
        CONROY, PROFESSIONAL
        CORPORATION

        Brian P. Voke, BBO#544327
        Adam A. Larson, BBO #632634
        One Constitution Plaza
        Boston, MA 02129
        Tel. No. (617) 241-3000
        Fax. No. (617) 241-5115

## CERTIFICATE OF SERVICE

      I, Adam A. Larson, attorney for the Defendant, Werner Co., hereby certify that I have this date, March 9, 2005 served a copy of the attached Corporate Disclosure Statement by forwarding copy of same, via first class mail, postage prepaid, on the attorney of record, namely, Edward M. Swartz, Esquire, Swartz & Swartz, 10 Marshall Street, Boston, MA 02108.

                                                Adam A. Larson