UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHSUETTS

| | |
|---|---|
| ROBERT GORMLEY | ) |
| | ) |
| | ) |
| | ) |
| PLAINTIFF | ) |
| | ) CIVIL ACTION NO: 05CV10304WGY |
| VS. | ) |
| | ) |
| WERNER LADDER CO., | ) |
| INC., AND HOME DEPOT | ) |
| U.S.A., INC. | ) |
| DEFENDANTS | ) |

### HOME DEPOT U.S.A., INC.'S LOCAL RULE 7.3
### CORPORATE DISCLOSURE STATEMENT

Home Depot U.S.A., Inc. discloses that Home Depot U.S.A., Inc. is a wholly owned subsidiary of "The Home Depot, Inc." The Home Depot, Inc. is a Delaware corporation and is the parent company of Home Depot, U.S.A., Inc. and has owned 100% of the shares of Home Depot U.S.A., Inc. since its inception.

HOME DEPOT U.S.A., INC.
By its attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY,
PROFESSIONAL CORPORATION,

Brian P. Voke, BBO#544327
Adam A. Larson, BBO #632634
One Constitution Plaza
Boston, MA 02129
Tel. No. (617) 241-3000
Fax. No. (617) 241-5115

## CERTIFICATE OF SERVICE

      I, Adam A. Larson, attorney for the Defendant, Home Depot U.S.A., Inc. hereby certify that I have this date, March **9**, 2005 served a copy of the attached Corporate Disclosure Statement by forwarding copy of same, via first class mail, postage prepaid, on the attorney of record, namely, Edward M. Swartz, Esquire, Swartz & Swartz, 10 Marshall Street, Boston, MA 02108.

                                                  _____
                                                  Adam A. Larson