UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.: 05CV10304WGY

ROBERT GORMLEY,                *
                               *
          Plaintiff            *
                               *
vs.                            *
                               *
WERNER LADDER CO. AND           *
HOME DEPOT U.S.A., INC.,        *
                               *
          Defendants           *

## THE PARTIES' JOINT STATEMENT

Pursuant to United States District Court Local Rule 16.1(D), the parties propose the following discovery schedule.

### I. JOINT DISCOVERY PLAN AND FILING OF MOTIONS

1. Fact discovery shall be completed by May 26, 2006.

2. All motions pursuant to Fed. R. Civ. P. 12, 15, 19 and 20 shall be filed no later than February 1, 2006.

3. The plaintiff shall identify his experts pursuant to Fed. R. Civ. P. 26(a)(2) on or before June 30, 2006.

4. The defendants shall identify their experts pursuant to Fed. R.Civ. P. 26(a)(2) on or before July 31, 2006.

5. The experts may be deposed. The depositions of plaintiff's experts may be taken first, but not before the defendants have disclosed their experts. The parties shall

      be responsible for paying the other party's expert's reasonable fees for time spent at the deposition pursuant to Fed. R. Civ. P. 26(b)(4).  The parties shall not be responsible for paying the other party's expert's fees for time spent in preparing for the deposition.  The depositions of the experts shall be taken in the area the expert has his place of business, unless otherwise agreed upon by the parties.

6.      All discovery motions under Rule 37 shall be filed on or before June 16, 2006.

7.      All Daubert and dispositive motions, including motions for summary judgment pursuant to Fed. R. Civ. P. 56, shall be filed on or before August 31, 2006.  The parties may file additional dispositive motions, if warranted, within thirty (30) days of any Daubert decision by the court.

8.      A final pretrial conference shall be scheduled by the court on or some time following September 29, 2006.

9.      The parties expect to be ready for trial on or sometime following October 30, 2006.

## II.  TRIAL BEFORE A MAGISTRATE

The parties object to having this case tried before a magistrate.

## III.  CERTIFICATIONS

The parties have conferred with their clients as to establishing a budget or cost for the litigation and with respect to ADR programs.  Certifications will be provided by the time of the conference.

The Plaintiff,
By His Attorneys,


__s/James A. Swartz_____
Edward M. Swartz
BBO #489540
James A. Swartz
BBO #556920
Jonathan Sweet
BBO #634775
Swartz & Swartz
10 Marshall Street
Boston, MA 02108
617-742-1900



The Defendants,
By Their Attorneys,


__s/Brian Voke_____
Brian Voke
BBO# 544327
Campbell Campbell E&C, P.C.
One Constitution Plaza, 3rd Floor
Boston, MA 02129
617-241-3000

3

**CERTIFICATE OF SERVICE**

      I, James A. Swartz, do hereby certify that on this day I have served a copy of the foregoing document upon the defendants via email, and by mailing a copy, postage prepaid, directed to all counsel, to wit:  Brian Voke, Esq., Campbell Campbell E&C, P.C., One Constitution Plaza, Boston, MA 02129.

      This 2nd day of May, 2005.

                                            __s/James A. Swartz_____
                                            James A. Swartz