UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.: 05CV10304WGY

ROBERT GORMLEY,            *
                           *
        Plaintiff          *
                           *
vs.                        *
                           *
WERNER LADDER CO. AND      *
HOME DEPOT U.S.A., INC.    *
                           *
        Defendants         *

## LOCAL RULE 16.1 CERTIFICATION

I, James A. Swartz, certify that I have conferred with the plaintiff regarding the following:

(a) A view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

The Plaintiff,
By His Attorneys,

*[signature]*
Edward M. Swartz
BBO #489540
James A. Swartz
BBO #556920
Jonathan Sweet
BBO #634775
Swartz & Swartz
10 Marshall Street
Boston, MA 02108
617-742-1900

The Plaintiff,

_____  28 April 05
Robert Gormley