UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHSUETTS

| | | |
|---|---|---|
| **ROBERT GORMLEY,** | ) | |
| **Plaintiff** | ) | **Civil Action** |
| | ) | **No: 05CV10304WGY** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **WERNER LADDER CO., AND** | ) | |
| **HOME DEPOT U.S.A., INC.** | ) | |
| **Defendants** | ) | |

### Local Rule 16.1 Certification

I, Brian P. Voke, certify that I conferred with Werner Co. regarding the following:

(a)    A view to establish a budget for this litigation; and

(b)    To consider the resolution of this case through Alternative Dispute Resolution (ADR) as outlined in L.R. 16.4.

WERNER CO.

By Its Attorneys

CAMPBELL, CAMPBELL & EDWARDS,
PROFESSIONAL CORPORATION

Brian P. Voke, BBO#544327
One Constitution Plaza
Boston, MA 02129
Tel. No.  (617) 241-3000
Fax. No.  (617) 241-5115

Dated: May 2, 2005

David J. Curtin
Werner Co.
93 Werner Road
Greenville, PA 16125-9499
Tel: 724-588-2000 x 2865
Fax: 724-589-4412