UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.:  05CV10304WGY

ROBERT GORMLEY,               *
                              *
                Plaintiff     *
                              *
vs.                           *
                              *
WERNER LADDER CO. AND          *
HOME DEPOT U.S.A., INC.,       *
                              *
                Defendants     *

## THE PARTIES' SECOND AMENDED JOINT STATEMENT

Pursuant to United States District Court Local Rule 16.1(D), and in accordance

with the Court's Order at the Scheduling Conference on May 9, 2005, the parties propose

the following discovery schedule.

## I.  JOINT DISCOVERY PLAN AND FILING OF MOTIONS

1.      Fact discovery shall be completed by December 22, 2005.

2.      All motions pursuant to Fed. R. Civ. P. 12, 15, 19 and 20 shall be filed no later than

December 30, 2005.

3.      The plaintiff shall identify his experts pursuant to Fed. R. Civ. P. 26(a)(2) on or

before January 13, 2006.

4.      The defendants shall identify their experts pursuant to Fed. R.Civ. P. 26(a)(2) on or

before February 13, 2006.

5.      The experts may be deposed.  All expert depositions will be completed by March 17, 2006.  The depositions of plaintiff's experts may be taken first, but not before the defendants have disclosed their experts.  The parties shall be responsible for paying the other party's expert's reasonable fees for time spent at the deposition pursuant to Fed. R. Civ. P. 26(b)(4).  The parties shall not be responsible for paying the other party's expert's fees for time spent in preparing for the deposition.  The depositions of the experts shall be taken in the area the expert has his place of business, unless otherwise agreed upon by the parties.

6.      All discovery motions under Rule 37 shall be filed on or before March 30, 2006.

7.      All Requests for Admissions shall be served on or before March 30, 2006.

8.      All Daubert and dispositive motions, including motions for summary judgment pursuant to Fed. R. Civ. P. 56, shall be filed on or before March 30, 2006.  The parties may file additional dispositive motions, if warranted, within thirty (30) days of any Daubert decision by the court.

9.      The parties will submit to ADR, in accordance with the Court's instructions, in February, 2006.

10.     A final pretrial conference shall be scheduled by the court in April, 2006.

11.     The parties expect to be ready for trial in May, 2006.


## II.  <u>TRIAL BEFORE A MAGISTRATE</u>


The parties object to having this case tried before a magistrate.

## III.  CERTIFICATIONS

The parties have conferred with their clients as to establishing a budget or cost for the litigation and with respect to ADR programs.  Certifications have been filed.


The Plaintiff,
By His Attorneys,


    s/James A. Swartz
Edward M. Swartz
BBO #489540
James A. Swartz
BBO #556920
Jonathan Sweet
BBO #634775
Swartz & Swartz
10 Marshall Street
Boston, MA 02108
617-742-1900


The Defendants,
By Their Attorneys,


    s/Brian Voke
Brian Voke
BBO# 544327
Campbell Campbell E&C, P.C.
One Constitution Plaza, 3rd Floor
Boston, MA 02129
617-241-3000

## CERTIFICATE OF SERVICE

I, James A. Swartz, do hereby certify that on this day I have served a copy of the foregoing document upon the defendants via email, and by mailing a copy, postage prepaid, directed to all counsel, to wit:  Brian Voke, Esq., Campbell Campbell E&C, P.C., One Constitution Plaza, Boston, MA 02129.

This _19th_ day of May, 2005.

__s/James A. Swartz_____
James A. Swartz