UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHSUETTS

| | |
|---|---|
| ROBERT GORMLEY ) | |
| ) | |
| PLAINTIFF ) | |
| ) | CIVIL ACTION |
| VS. ) | NO: 05CV10304WGY |
| ) | |
| WERNER LADDER CO., ) | |
| INC., AND HOME DEPOT ) | |
| U.S.A., INC. ) | |
| DEFENDANTS ) | |

## WERNER CO.'S RULE 26 DISCLOSURES

(1) Initial Disclosures. Except in categories of proceedings specified in Rule 26(a)(1)(E), or to the extent otherwise stipulated or directed by order, a party, must, without awaiting a discovery request, provide to other parties:

(A) the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information;

Frederick Bartnick
Werner Co.
724-588-2000
The design, manufacture; and testing history of the model FS108 ladder with a manufacturing stamp of 05-9944G02FFA.

The number of ladders manufactured. The function of the ladder generally. As ANSI standards component parts

Robert A. Collins, II
Werner Co.
724-588-2000

      The design, manufacture; and testing history of the model FS108 ladder with a manufacturing stamp of 05-9944G02FFA.

      The number of ladders manufactured.
      The function of the ladder generally.
      As ANSI standards component parts

(B)    a copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment;

      Design Drawings
      Test Reports
      Description of Manufacturing Process
      ANSI 14.5
      Exemplar Ladder
      Representative Marketing

(D)    for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

      See Attached.

                                 WERNER CO.
                                 By Its Attorneys

                                 Brian P. Voke, BBO#544327
                                 CAMPBELL, CAMPBELL
                                 EDWARDS & CONROY
                                 One Constitution Plaza
                                 Boston, MA 02129
                                 Tel. No. (617) 241-3000
                                 Fax. No. (617) 241-5115

## CERTIFICATE OF SERVICE

    I, Brian P. Voke, attorney for the Defendant, Werner Co., hereby certify that I have this 10th day of June, 2005 served a copy of the attached Werner Co.'s Rule 26 Disclosures, by forwarding copy of same, via first class mail, postage prepaid, on the attorney of record, namely, Edward M. Swartz, Esquire, Swartz & Swartz, 10 Marshall Street, Boston, MA 02108.

_____
Brian P. Voke