UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.: 05CV10304WGY

| | |
|---|---|
| ROBERT GORMLEY, | * |
| | * |
| Plaintiff, | * |
| | * |
| | * |
| vs. | * |
| | * |
| | * |
| WERNER LADDER CO. AND | * |
| HOME DEPOT U.S.A., INC., | * |
| | * |
| Defendants. | * |

**PLAINTIFF'S ASSENTED-TO MOTION TO SUBSTITUTE THE NAME OF THE DEFENDANT "WERNER CO." FOR CURRENTLY NAMED DEFENDANT "WERNER LADDER CO."**

Now comes the Plaintiff and moves that the Court enter an order allowing him to substitute the name of the defendant "Werner Co." for currently-named defendant "Werner Ladder Co."

As grounds, Plaintiff states that the correct name of the defendant has been stated by Werner Co. in pleadings and discovery.

The Plaintiff,
By His Attorneys,


__s/James A. Swartz_____
Edward M. Swartz
B.B.O. No. 489540
James A. Swartz
B.B.O. No. 556920
Swartz & Swartz
10 Marshall Street
Boston, MA 02108
(617) 742-1900

ASSENTED TO:

The Defendants,
By Their Attorneys,


___s/Brian Voke_____
Brian Voke, Esq.
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Boston, MA 02109
(617) 241-3042


Dated:  December 7, 2005

**CERTIFICATE OF SERVICE**

I, James A. Swartz, do hereby certify that the foregoing document was served on the following counsel on this date and in the manner specified herein:

VIA FIRST CLASS MAIL

Brian Voke, Esq.
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Boston, MA 02109

Dated: December 7, 2005

                                           __s/James A. Swartz____
                                            James A. Swartz