UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.: 05CV10304WGY

| | |
|---|---|
| ROBERT GORMLEY, | * |
| | * |
| Plaintiff, | * |
| | * |
| | * |
| vs. | * |
| | * |
| | * |
| WERNER CO. AND | * |
| HOME DEPOT U.S.A., INC., | * |
| | * |
| Defendants. | * |

**PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES RELATING TO INCIDENTS AND CLAIMS OF REAR RAIL FRACTURES IN DEFENDANT'S FIBERGLASS STEPLADDERS**

In accordance with Rule 37, Fed.R.Civ.P., and Rules 37.1 and 7.1, LR, D.Mass., Plaintiff hereby files this motion to compel in connection with the failure of the Defendant Werner Co. to fully respond to all of Plaintiff's written discovery requests. In support hereof, Plaintiff states as follows:

1. This is a product liability case arising from serious injuries suffered by Plaintiff Robert Gormley. Plaintiff contends that his injuries resulted from his use of a ladder manufactured by Defendant Werner, and marketed and sold by Defendant Home Depot. Specifically, in part, the right rear rail of the ladder failed, causing Plaintiff to fall.

2. The requested information regarding incidents and complaints of rear rail failures in fiberglass stepladders manufactured by Werner is discoverable, and should not be unilaterally limited by Defendant. Although the question of admissibility is one for trial, such information can be admissible on numerous grounds, including but not limited to notice of a hazard and existence of a defect.

3.  As further grounds, Plaintiff respectfully refers the Court to his Memorandum In Support Of Plaintiff's Motion To Compel Discovery Responses Relating To Incidents And Claims Of Rear Rail Fractures In Defendant's Fiberglass Stepladders.

WHEREFOR, Plaintiff respectfully requests that an order enter compelling the Defendant Werner Co. to provide complete responses to Interrogatory Nos. 10, 11, 12 and 13, and Document Request Nos. 12, 13, 14, 15 and 16 within seven (7) days from the date of any such order, and for all such other relief as the Court deems appropriate.

## DISCOVERY CERTIFICATE

In accordance with LR 37.1, the undersigned counsel for the Plaintiff states that he has attempted in good faith to resolve this discovery dispute and obtain Defendants' further discovery responses without the need to involve the Court. Plaintiff has attached as Exhibit "D" to Plaintiff's Memorandum In Support of this Motion To Compel (filed concurrently herewith) correspondence requesting communication from counsel for the Defendants concerning Plaintiffs' outstanding discovery requests, and narrowing the areas of dispute. Counsel for the parties have been unable to resolve these matters.

             The Plaintiff,
             By His Attorneys,


            __s/James A. Swartz__
             Edward M. Swartz
             B.B.O. No. 489540
             James A. Swartz
             B.B.O. No. 556920
             Swartz & Swartz
             10 Marshall Street
             Boston, MA 02108
             (617) 742-1900

DATED: December 20, 2005


## CERTIFICATE OF SERVICE

 I, James A. Swartz, do hereby certify that the foregoing document was served on the following counsel on this date and in the manner specified herein:

Electronically Serviced Through ECF:

Brian Voke, Esq.
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Boston, MA 02109


This  20th day of December, 2005.

            __s/James A. Swartz_____
             James A. Swartz