UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHSUETTS

| | |
|---|---|
| ROBERT GORMLEY )<br>    PLAINTIFF )<br>)<br>VS. )<br>)<br>WERNER LADDER CO., )<br>INC., AND HOME DEPOT )<br>U.S.A., INC. )<br>    DEFENDANTS ) | CIVIL ACTION<br>NO: 05CV10304WGY |

### WERNER CO.'S ASSENTED TO MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES

Werner Co. moves this Honorable Court for an Order allowing it an extension of time to file and serve an opposition to the Plaintiff's Motion to Compel Discovery Responses Relating to Incidents and Claims of Rear Rail Fractures in Defendant's Fiberglass Ladders. The plaintiff's motion was filed on December 20, 2005. An opposition must be filed by January 3, 2006. Werner Co. requests a two week extension through Tuesday, January 17, 2006 to file an opposition. The extension is necessary due to the holiday season as well as the fact that the motion is lengthy and an opposition will take a significant amount of time to prepare. No prejudice will occur to the plaintiff as they have assented to the motion.

WHEREFORE, Werner Co. moves this Honorable Court for an Order allowing it an extension of time to file and serve an opposition to the Plaintiff's Motion to Compel Discovery Responses through January 17, 2006.

### LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Adam A. Larson, certify that I conferred with plaintiff's counsel James Swartz concerning this Motion and he assented to the motion.

Werner Co.
By It's attorneys,
CAMPBELL CAMPBELL EDWARDS &
CONROY, PC


/s/ Adam A. Larson
Brian P. Voke (BBO# 544327)
Adam A. Larson (BBO#632634)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this motion was served upon all counsel of record for each party by first class mail and electronically on December 29, 2005.


/s/ Adam A. Larson
Adam A. Larson