UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT GORMLEY,<br>          Plaintiff | )<br>)<br>)<br>) | |
| v. | ) | Civil Action No. 05-10304-WGY |
| WERNER CO., et al.,<br>          Defendants | )<br>)<br>)<br>) | |

ORDER OF RECUSAL
January 24, 2006

NEIMAN, U.S.M.J.

    Pursuant to 28 U.S.C. § 455(a), I hereby disqualify myself in all proceedings related to the above-captioned matter.

                                                    /s/ Kenneth P. Neiman
                                                    KENNETH P. NEIMAN
                                                    U.S. Magistrate Judge