UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.: 05CV10304WGY

| | |
|---|---|
| ROBERT GORMLEY, | * |
| | * |
| Plaintiff, | * |
| | * |
| | * |
| vs. | * |
| | * |
| | * |
| WERNER CO. AND | * |
| HOME DEPOT U.S.A., INC., | * |
| | * |
| Defendants. | * |

## ASSENTED TO EMERGENCY MOTION TO CONTINUE MEDIATION

The parties jointly request a continuance of the mediation of this matter currently scheduled for March 23, 2006 at 10:00 a.m. for sometime next week or for whatever time is convenient to the Court. In support hereof, the parties state as follows:

1. This is a product liability case arising from serious injuries suffered by Plaintiff Robert Gormley. Plaintiff contends that his injuries resulted from his use of a ladder manufactured by Defendant Werner, and marketed and sold by Defendant Home Depot.

2. Plaintiff's counsel is currently on trial at Suffolk Superior Court in the matter of Robert Parilla, Jr., et al. v. Arrow International, Inc., et al., Docket No.: 2000-3259. The evidence was recently completed and jury deliberations may continue through Thursday, March 23, 2006 and through the remainder of this week.

3. Defendants' counsel advises the Court that a representative for Werner Co. traveled from out of state this week to attend the scheduled mediation. Should the Court grant this request, defendant's counsel requests that a representative for Werner Co. be allowed to participate by telephone during the re-scheduled mediation of this matter.

WHEREFORE, the parties respectfully request that this Court continue the mediation of this matter for sometime next week or for whatever time is convenient to the Court.

The Plaintiff,
By His Attorneys,


__s/James A. Swartz__
Edward M. Swartz
B.B.O. No. 489540
James A. Swartz
B.B.O. No. 556920
Swartz & Swartz
10 Marshall Street
Boston, MA 02108
(617) 742-1900



ASSENTED TO:

The Defendants,
By Their Attorney,


__s/Brian Voke_____
Brian Voke, Esq.
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Boston, MA 02109
(617) 241-3000



DATED:  March 22, 2006

## **CERTIFICATE OF SERVICE**

I, James A. Swartz, Esq. do hereby certify that the foregoing document was served on the following counsel on this date and in the manner specified herein:

Electronically Serviced Through ECF:

Brian Voke, Esq.
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Boston, MA 02109

This 22nd day of March, 2006.

                                                    __s/James A. Swartz_____
                                                      James A. Swartz