UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.:  05CV10304WGY

ROBERT GORMLEY,                           *
                                          *
                        Plaintiff,        *
                                          *
                                          *
vs.                                       *
                                          *
                                          *
WERNER CO. AND                            *
HOME DEPOT U.S.A., INC.,                   *
                                          *
                        Defendants.       *

## ASSENTED-TO MOTION TO CONTINUE JOINT PRETRIAL CONFERENCE

The parties jointly request a continuance of the pretrial conference of this matter

currently scheduled for April 3, 2006 at 10:00 a.m. for two (2) weeks, to Monday, April 17,

2006.  In support hereof, the parties state as follows:

1.    This is a product liability case arising from serious injuries suffered by Plaintiff Robert
      Gormley. Plaintiff contends that his injuries resulted from his use of a ladder
      manufactured by Defendant Werner, and marketed and sold by Defendant Home Depot.

2.    Plaintiff's counsel just completed a month-long trial at Suffolk Superior Court in the
      matter of Robert Parilla, Jr., et al. v. Arrow International, Inc., et al., Docket No.: 2000-
      3259.  The jury returned a verdict on Thursday, March 23, 2006.

3.    The parties request that a new pretrial date be assigned in order to orderly and efficiently
      complete required witness and exhibit disclosures, including related objections, in
      advance of the conference.

4.    This request will not affect the May trial date.

WHEREFORE, the parties respectfully request that this Court continue the pretrial

conference of this matter for two (2) weeks, to Monday, April 17, 2006.

The Plaintiff,
By His Attorneys,


__s/James A. Swartz__
Edward M. Swartz
B.B.O. No. 489540
James A. Swartz
B.B.O. No. 556920
Swartz & Swartz
10 Marshall Street
Boston, MA 02108
(617) 742-1900



ASSENTED TO:

The Defendants,
By Their Attorney,


__s/Brian Voke_____
Brian Voke, Esq.
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Boston, MA 02109
(617) 241-3000



DATED:  March 27, 2006

## <u>CERTIFICATE OF SERVICE</u>

      I, James A. Swartz, Esq. do hereby certify that the foregoing document was served on the following counsel on this date and in the manner specified herein:

Electronically Serviced Through ECF:

Brian Voke, Esq.
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Boston, MA 02109

This 27th day of March, 2006.

                                            __s/James A. Swartz_____
                                             James A. Swartz