UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.: 05CV10304WGY

ROBERT GORMLEY,                *
                               *
         Plaintiff,            *
                               *
                               *
vs.                            *
                               *
                               *
WERNER CO. AND                 *
HOME DEPOT U.S.A., INC.,       *
                               *
         Defendants.           *

**PLAINTIFF'S RULE 26(a)(3) DISCLOSURE**

I.   **WITNESSES**

   A. Expected To Testify*

   Robert Gormley
   45 Grandview Ave.
   Quincy, MA 02170

   Lauren H. Gormley
   45 Grandview Avenue
   Quincy, MA 02170

   William Doran
   217 Newbury Avenue
   Quincy, MA

   James Glynn
   46 Independence Avenue
   Quincy, MA 02169

   Joseph D. Capilli
   YMCA- 320 Main Street
   Brockton, MA 02301-5323

William R. Brownlow
40 Beebe Road
Quincy, MA  02169

William Weed
260 Victory Road
Quincy, MA 02169

Stanley A. Kiska, P.E.
Integra Engineering, P.C.
120 Shady Lane
Fayetteville, NY 13066

Amy Vercillo, M.S., C.R.C., C.D.M.S., L.R.C.
Rehabilitation and Re-Employment, Inc.
115 Cedar Street
Providence, RI 02093

Ernest Kendall, Ph.D.
Commonwealth Research Group, Inc.
P.O. Box 7
78 Winthrop Road
Brookline, MA 02446

David M. Blaustein, M.D.
114 Whitwell Street
Quincy, MA 02169

Laura Podolski, PT
Quincy Medical Center
114 Whitwell Street
Quincy, MA 02169

Plaintiff's Treating Health Care Providers
(as disclosed in previously produced medical records)

Frederick Joseph Bartnicki
36 Fredonia Road
Greenville, Pennsylvania 16125

Home Depot U.S.A., Inc.
2455 Paces Ferry Road
Atlanta, Georgia

Werner Co.
93 Werner Road
Greenville, Pennsylvania

\*Plaintiff reserves the right to present testimony of all witnesses by means of a deposition.  At present, the testimony of Werner Co., Home Depot and Frederick Bartnicki are likely to be presented via deposition.  Plaintiff further reserves the right to call witnesses listed by defendants.

B. <u>May Testify</u>

Richard W. Mahoney
36 Sunny Brook Circle
North Waterboro, Maine

John H. Covert
39 Coniston Street
Roslindale, MA 02131

Will Shalit
11 Brent St.
Dorchester, MA 02170

Stephen G. Smith
Marina Bay
333 Victory Road
Quincy, MA

Keeper of Records
Renee Goetzler, M.D.
Carney Hospital
2100 Dorchester Avenue
Dorchester, MA 02124

Keeper of Records
Quincy Medical Center
114 Whitwell St.
Quincy, MA 02169

Keeper of Records
Charles Fathalla, M.D.
146 Pleasant Street
Attleboro, MA 02703

Keeper of Records
Weymouth MRI
420 Liberty Parkway
Weymouth, MA 02189

Keeper of Records
Allen Curtis, M.D.
235 Cypress Street, Suite 300
Brookline, MA 02445

Keeper of Records
MGH Physical Therapy
15 Parkman Street
Boston, MA 02116

Keeper of Records
Massachusetts General Hospital
55 Fruit Street
Boston, MA 02114

Keeper of Records
Christopher Rynne, M.D.
780 Main Street, #1C
South Weymouth, Ma 02190

Keeper of Records
Ronald Birkenfeld, M.D.
Milton Hospital Medical Office Building
100 Highland Street
Milton, MA 02186

Keeper of Records
Rehabilitation Specialists
6 Fort Street, 2nd Floor
Quincy, MA 02169

Keeper of Records
Spine, Sports and Rehabilitation.
150 Parking Way, Suite 2
Quincy, MA 2169

II.   **<u>EXHIBITS</u>**

A. <u>Expect To Offer</u>

Exhibit 1.   Photographs/video of subject ladder.

Exhibit 2.   Subject ladder

Exhibit 3.   Photographs/video of exemplar fiberglass stepladder(s)

Exhibit 4.   Exemplar fiberglass stepladder(s)

Exhibit 5.   Exemplar ladder accessories.

Exhibit 6.   Exemplar ladder bracing

Exhibit 7.   Exemplar ladder rail shields and rail boots.

Exhibit 8.   Photographs of scene of incident

Exhibit 9.   Medical records of plaintiff

Exhibit 10.   Medical bills of plaintiff

Exhibit 11.   Expert (Kiska) testing/photos/video

Exhibit 12.   Certified Life Tables

Exhibit 13.   Select exhibits to Bartnicki deposition

Exhibit 14.   Werner design drawings

Exhibit 15.   Werner test reports

Exhibit 16.   Werner description of manufacturing process

Exhibit 17.   Representative Werner marketing documents

Exhibit 18.   Werner Co. engineering drawings (Bartnicki Exhibit 12)

Exhibit 19.   Engineering drawings (Bartnicki Exhibit 13)

Exhibit 20.   Fiberglass Ladder Technical Manual 2001/2002 (Bartnicki Exhibit 14)

Exhibit 21.   Photocopy of Fiberglass Ladder Technical Manual (Bartnicki Exhibit 15)

Exhibit 22.   Printout from Werner Co.'s web site entitled "Werner Ladder- Accessories" (Bartnicki Exhibit 18)

Exhibit 23.   Printout from Amazon.com web site (Bartnicki Exhibit 23)

Exhibit 24.   Werner 6008, Resin Injected Prototype Testing document (Bartnicki Exhibit 28)

Exhibit 25.   Testing A., Werner 6008 F.R.P. Stepladder to ANSI A14.5 document (Bartnicki Exhibit 29)

Exhibit 26.   Test report dated July 27, 1993 (Bartnicki Exhibit 26)

Exhibit 27.   Werner 6006 ANSI A14.5 Complete Series Testing document (Bartnicki Exhibit 27)

Exhibit 28.   Test Report Number: 7393 (Bartnicki Exhibit 30)

Exhibit 29.   Test Report Number: 7398 (Bartnicki Exhibit 31)

Exhibit 30.   Test Report Number: 9104 (Bartnicki Exhibit 32)

Exhibit 31.   Werner 2005 Climbing Products Catalog (Bartnicki Exhibit 34)

B. <u>May Offer</u>

Exhibit 32.   Drawing of Marina Bay storage yard (Gormley Exhibit 1)

Exhibit 33.   Drawing of sail boat by James Glynn (Glynn Exhibit 1)

Exhibit 34.   Drawing of sail boat by Joseph Capilli (Capilli Exhibit 1)

Exhibit 35.   Printout of Werner Co.'s web site entitled "Werner Ladder- Products" (Bartnicki Exhibit 5)

Exhibit 36.   Document entitled "Suggested Retail Price List 2005" (Bartnicki Exhibit 6)

Exhibit 37.   Internet printout entitled "OSHA Regulations (Standards- 29CFR): Ladders." (Bartnicki Exhibit 7)

Exhibit 38.   Advertising of Model FS100 & FS100S Series stepladders (Bartnicki Exhibit 24)

Exhibit 39.   Complaint for Damages in Julian R. Gajate v. Werner Co. case (Bartnicki Exhibit 35)

Exhibit 40.   Documents evidencing Plaintiff's past income

Dated:  March 31, 2006

                                                  Respectfully Submitted,
                                                  The Plaintiff,
                                                  By His Attorneys,

                                                  __s/James A. Swartz__
                                                  Edward M. Swartz
                                                  B.B.O. No. 489540
                                                  James A. Swartz
                                                  B.B.O. No. 556920
                                                  Joseph A. Swartz
                                                  B.B.O. No. 489640
                                                  Jonathan D. Sweet
                                                  B.B.O. No. 634755
                                                  Swartz & Swartz
                                                  10 Marshall Street
                                                  Boston, MA 02108
                                                  (617) 742-1900

## CERTIFICATE OF SERVICE

I, James A. Swartz, Esq. do hereby certify that the foregoing document was served on the following counsel on this date and in the manner specified herein:

Electronically Serviced Through ECF:

Brian Voke, Esq.
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Boston, MA 02109

This 31st day of March, 2006.

                                                  __s/James A. Swartz_____
                                                   James A. Swartz