UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHSUETTS

| | |
|---|---|
| ROBERT GORMLEY )<br>PLAINTIFF )<br>)<br>VS. )<br>)<br>WERNER LADDER CO., )<br>INC., AND HOME DEPOT )<br>U.S.A., INC. )<br>DEFENDANTS ) | CIVIL ACTION<br>NO: 05CV10304WGY |

**WERNER CO.'S ASSENTED-TO MOTION TO ALLOW
DAVID CURTIN OF WERNER CO. TO PARTICIPATE
IN THE MEDIATION BY TELEPHONE**

Werner Co. hereby moves to allow David Curtin, the claims administrator responsible for this case, to participate in the mediation by telephone. In support of its motion, Werner Co. refers the Court to the Affidavit of David Curtin (attached hereto as Exhibit A).

This motion has been assented to by counsel for the plaintiff.

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of *Werner Co.'s Motion to Allow David Curtin of Werner Co. to Participate in the Mediation by Telephone,* was served upon all counsel of record for each party by electronic mail and first class mail on April 4, 2006.

WERNER LADDER COMPANY
By Its attorneys,

CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION


*/s/ Brian P. Voke*
Brian P. Voke (BBO# 544327)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHSUETTS

| | |
|---|---|
| ROBERT GORMLEY )<br>PLAINTIFF )<br>)<br>VS. )<br>)<br>WERNER LADDER CO., )<br>INC., AND HOME DEPOT )<br>U.S.A., INC. )<br>DEFENDANTS ) | CIVIL ACTION<br>NO: 05CV10304WGY |

### AFFIDAVIT OF DAVID CURTIN

I, David Curtin, being duly sworn on my oath, depose and state as follows:

1. I am the only claims administrator for Werner Co. assigned to this case and have been assigned to this case from its inception.

2. My son, Stephen W. Curtin, age 6, is scheduled to undergo a medical procedure, with anesthesia on April 5, 2006 in Newcastle, Pennsylvania which requires me to be present. As a consequence, I am unable to travel to Boston, MA on April 6, 2006 to attend the mediation.

I request that the Court allow me to participate in the mediation by telephone.

SWORN UNDER THE PAINS AND PENALTIES OF PERJURY

*David J. Curtin*
DAVID CURTIN

DATE: 4-4-06

Subscribed and sworn before me this 4th day of April, 2006.

*Sharon A. Williams*
Notary Public

My Commission Expires Sept. 4, 2007

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Sharon A. Williams, Notary Public
Sugar Grove Twp., Mercer County
My Commission Expires Sept. 4, 2007
Member, Pennsylvania Association Of Notaries