UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.:  05CV10304WGY

ROBERT GORMLEY,       *
              *
      Plaintiff,   *
              *
              *
vs.             *
              *
              *
WERNER CO. AND    *
HOME DEPOT U.S.A., INC.,  *
              *
      Defendants.  *

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Jonathan D. Sweet, Esq. of Swartz & Swartz enters his appearance as counsel for Plaintiff Robert Gormley.  Edward M. Swartz, Esq. of Swartz & Swartz, 10 Marshall Street, Boston, MA, 02108, will also remain as Plaintiff's counsel of record.

The Plaintiff,
By His Attorneys,


  s/Jonathan D. Sweet
Edward M. Swartz
B.B.O. No. 489540
James A. Swartz
B.B.O. No. 556920
Jonathan D. Sweet
B.B.O. No. 634755
Swartz & Swartz
10 Marshall Street
Boston, MA 02108
(617) 742-1900


DATED:  April 10, 2006

2

## <u>CERTIFICATE OF SERVICE</u>

        I, Jonathan D. Sweet, Esq. do hereby certify that the foregoing document was served on the following counsel on this date and in the manner specified herein:

Electronically Serviced Through ECF:

Brian Voke, Esq.
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Boston, MA 02109

This 10th day of April, 2006.

                                                               __s/Jonathan D. Sweet_____
                                                            Jonathan D. Sweet