UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.:  05CV10304WGY

ROBERT GORMLEY,                          *
                                         *
               Plaintiff,                *
                                         *
                                         *
vs.                                      *
                                         *
                                         *
WERNER CO. AND                           *
HOME DEPOT U.S.A., INC.,                 *
                                         *
               Defendants.               *

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Joseph A. Swartz, Esq. of Swartz & Swartz enters
his appearance as counsel for Plaintiff Robert Gormley.  Edward M. Swartz, Esq. and
Jonathan D. Sweet, Esq. of Swartz & Swartz, 10 Marshall Street, Boston, MA, 02108,
will also remain as Plaintiff's counsel of record.

                                    The Plaintiff,
                                    By His Attorneys,


                                    __ s/Joseph A. Swartz__
                                    Edward M. Swartz
                                    B.B.O. No. 489540
                                    James A. Swartz
                                    B.B.O. No. 556920
                                    Joseph A. Swartz
                                    B.B.O. No. 489640
                                    Jonathan D. Sweet
                                    B.B.O. No. 634755
                                    Swartz & Swartz
                                    10 Marshall Street
                                    Boston, MA 02108
                                    (617) 742-1900


DATED:  April 11, 2006

## <u>CERTIFICATE OF SERVICE</u>

I, Joseph A. Swartz, Esq. do hereby certify that the foregoing document was served on the following counsel on this date and in the manner specified herein:

Electronically Serviced Through ECF:

Brian Voke, Esq.
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Boston, MA 02109

This 11th day of April, 2006.

__s/Joseph A. Swartz_____
Joseph A. Swartz