UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.: 05CV10304WGY

| | |
|---|---|
| ROBERT GORMLEY, | * |
| | * |
| Plaintiff, | * |
| | * |
| | * |
| vs. | * |
| | * |
| | * |
| WERNER CO. AND | * |
| HOME DEPOT U.S.A., INC., | * |
| | * |
| Defendants. | * |

## PLAINTIFF'S MOTION TO CONTINUE MATTER FROM THE MAY 2006 RUNNING TRIAL LIST

Plaintiff moves the Court to continue the above matter from the running trial list of May 2006. As grounds, plaintiff states as follows:

1. Plaintiff's trial counsel are scheduled to begin a 6-7 day medical malpractice jury trial in Springfield Superior Court on May 1, 2006 that is the subject of a prior Speedy Trial Order. **EXHIBIT A, Speedy Trial Order (C. Brian McDonald, J.) dated May 2, 2005, Elizabeth Socha v. Michel Prefontaine, M.D., Civil Action No. 2004-386 (Hampden Superior Court).** The Socha case was filed on April 12, 2004.

2. The grounds for the Speedy Trial Order were the advanced age of the plaintiff (now eighty years old) and her dire medical condition (stage III ovarian cancer dating back to 1996 which recently worsened and requires ongoing chemotherapy treatment). The Superior Court ordered the Socha case to be advanced for trial and designated "First Case Out" so that the plaintiff might participate in the trial.

2

  3.  There are two older matters on this Court's May 2006 trial list on PACER: <u>American Home Assurance v. Fore Rivier Dock</u>, 1:03-cv-10318 (Bench Trial set for May 1, 2006) and <u>Putnam v. Town of Saugus</u>, 1:03-cv-12062 (Running Trial list for May1, 2006).

  4.  Counsel have been advised that the Honorable William G. Young will be unavailable to hear any trials from May 15, 2006 until the end of that month.

  WHEREFORE, plaintiff moves the Court to continue this matter from the May 2006 running trial list until a time thereafter that fits the Court's and counsel's schedule.

                The Plaintiff,
                By His Attorneys,


                __s/Jonathan D. Sweet
                Edward M. Swartz
                B.B.O. No. 489540
                Joseph A. Swartz
                B.B.O. No. 489640
                Jonathan D. Sweet
                B.B.O. No. 634755
                Swartz & Swartz
                10 Marshall Street
                Boston, MA 02108
                (617) 742-1900


DATED: <u>April 11, 2006</u>

## **CERTIFICATE OF SERVICE**

I, Jonathan D. Sweet, Esq. do hereby certify that the foregoing document was served on the following counsel on this date and in the manner specified herein:

Electronically Serviced Through ECF:

Brian Voke, Esq.
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Boston, MA 02109

This 11th day of April, 2006.

                                                 __s/Jonathan D. Sweet_____
                                                  Jonathan D. Sweet

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, ss.
SUPERIOR COURT
C.A. NO.: 2004-386

| | |
|---|---|
| ELIZABETH SOCHA ) | MAY 13 2005 |
| Plaintiff, ) | |
| ) | HAMPDEN COUNTY |
| vs. ) | SUPERIOR COURT |
| ) | **FILED** |
| MICHEL PREFONTAINE, M.D., ) | APR 29 2005 |
| BAYSTATE MEDICAL CENTER, ) | |
| ) | |
| Defendants ) | CLERK-MAGISTRATE |

**PLAINTIFF'S MOTION FOR SPEEDY TRIAL**

Now comes the plaintiff and moves the Court pursuant to G.L. c. 231, §§ 59A, 59C & 59F to advance this matter for speedy trial on three independent grounds: (1) the plaintiff is over the age of sixty-five; (2) this is a medical malpractice action; and. (3) the plaintiff's stage III ovarian cancer has worsened and she is currently undergoing chemotherapy treatment.

**I.   Background.**

This is an action for medical malpractice alleging that the defendants failed to timely detect, diagnose and treat a colonic perforation caused by the defendant physician during surgery on the plaintiff on June 21, 2002. Specifically, the defendant physician was performing a laparotomy and resection of a recurrent ovarian carcinoma from the plaintiff's pelvis. Plaintiff alleges that she was caused to suffer various painful post-operative complications as a result of the untreated perforation.

The plaintiff was born on March 13, 1926 and is presently seventy-nine years old.

*Allowed* B.H.f. 5/6/05
*McDonald J.*
5.2.05

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, ss.                                              SUPERIOR COURT
                                                          C.A. NO.: 2004-386

| | |
|---|---|
| ELIZABETH SOCHA         )<br>)<br>Plaintiff,              )<br>)<br>vs.                       )<br>)<br>MICHEL PREFONTAINE, M.D.,)<br>BAYSTATE MEDICAL CENTER, )<br>)<br>Defendants              )<br>_____) | HAMPDEN COUNTY<br>SUPERIOR COURT<br>FILED<br>MAY 1 3 2005<br><br>CLERK-MAGISTRATE |

## ORDER

Now comes the Court and hereby orders that this matter be advanced for trial pursuant to G.L. c. 231, §§ 59A, 59C and/or 59F as follows:

1. Final Pretrial Conference to be held in January 2006.
2. The deadline for discovery and expert disclosures shall be the date of the Final Pretrial Conference, unless otherwise agreed to by the parties.
3. Trial to be marked to begin in May 2006 and designated with "first-case-out" status.

Date: 5-2-05                              _____
                                          Justice of the Superior Court