UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHSUETTS

| | |
|---|---|
| ROBERT GORMLEY )<br>    PLAINTIFF )<br>)<br>VS. )<br>)<br>WERNER LADDER CO., )<br>INC., AND HOME DEPOT )<br>U.S.A., INC. )<br>    DEFENDANTS ) | CIVIL ACTION<br>NO: 05CV10304WGY |

**DEFENDANT, WERNER CO.'S MOTION IN LIMINE
TO EXCLUDE ALL REFERENCE TO, AND
<u>EVIDENCE OF, OTHER ACCIDENTS</u>**

Werner Co. ("Werner") hereby moves the Court *in limine* to exclude the plaintiff, his counsel, his expert and any witnesses from introducing by way of comment, during direct or cross-examination, through plaintiff's experts, or during opening statements, references to other accidents and lawsuits involving alleged fiberglass step ladders manufactured by Werner. Werner states that such evidence is not admissible unless a foundation is laid that each prior incident involves a substantially similar model fiberglass step ladder manufactured by Werner, and substantially similar circumstances to Mr. Gormley's accident. Additionally, any such evidence is inadmissible hearsay, and its probative value is substantially outweighed by the danger of unfair prejudice, jury confusion and waste of time that could be involved if such evidence is admitted.

In further support of this motion, Werner submits a Memorandum attached hereto.

WHEREFORE, Werner respectfully requests an Order precluding the plaintiff, his counsel, his experts and any witnesses from making any reference to other accidents and lawsuits involving allegedly defective aluminum extension ladders manufactured by Werner.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of *Werner Co.'s Motion in Limine to Exclude All Reference to, and Evidence of, Other Accidents,* was served upon all counsel of record by electronic mail on April 19, 2006.

WERNER LADDER COMPANY
By Its attorneys,

CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION


*/s/Brian P. Voke*
Brian P. Voke (BBO# 544327)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000