UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHSUETTS

| | |
|---|---|
| ROBERT GORMLEY )<br>    PLAINTIFF )<br> )<br>VS. )<br> )<br>WERNER LADDER CO., )<br>INC., AND HOME DEPOT )<br>U.S.A., INC. )<br>    DEFENDANTS ) | CIVIL ACTION<br>NO: 05CV10304WGY |

### **WERNER CO.'S PROPOSED VOIR DIRE QUESTIONS**

1. Have you or any member of your family been a party to a personal injury lawsuit or claim against another person, corporation or other entity?

2. Have you or any member of your family been injured in a fall from a ladder?

3. Have you or any member of your family had an experience with a ladder or its manufacturer that would prevent you from listening to the evidence in this case with a fair and open mind?

4. Have you or anyone in your family sustained a serious personal injury of any kind?

5. Have you or anyone in your family owned a ladder manufactured by Werner Co.?

6. Has anyone had any negative experiences with a ladder?

7.  Do any of you have any strong opinions about our Civil Jury System?

8.  Does anyone feel that because Mr. Gormley was injured in his accident in 1997 and has filed a lawsuit that he is entitled to receive some amount of money regardless of the amount?

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of *Werner Co.'s Proposed Voir Dire Questions,* was served upon all counsel of record by electronic class mail on April 19, 2006.

WERNER LADDER COMPANY
By Its attorneys,

CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION


*/s/Brian P. Voke*
Brian P. Voke (BBO# 544327)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000