UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHSUETTS

| | |
|---|---|
| ROBERT GORMLEY )<br>    PLAINTIFF )<br>)<br>VS. )<br>)<br>WERNER LADDER CO., )<br>INC., AND HOME DEPOT )<br>U.S.A., INC. )<br>    DEFENDANTS ) | CIVIL ACTION<br>NO: 05CV10304WGY |

**DEFENDANT, WERNER CO.'S MOTION IN LIMINE
TO EXCLUDE OPINIONS OF STAN KISKA AND
FOR A RULE 104(a) HEARING**

Werner Co. respectfully requests the Court schedule a hearing prior to trial pursuant to Federal Rule of Evidence 104(a) to determine if Stan Kiska's opinions are admissible under the Federal Rules of Evidence and the factors outlined in Daubert, et al. v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579, 113 S.Ct. 2786 (1993) and Kumho Tire Company, Ltd. V. Carmichael, 526 U.S. 137, 199 S.Ct. 1167 (1999). Werner Co. contends that preclusion and/or limitation are appropriate because Kiska is not qualified to offer opinions on warnings and the testimony of plaintiff's expert, Stan Kiska, is not sufficiently reliable under the factors outlined in Daubert and F.R.E. 702.

WHEREFORE, Werner Co. respectfully requests that this Court exercise its "gatekeeping" ability and schedule a Rule 104(a) hearing prior to trial.

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of *Werner Co.'s Motion in Limine to Exclude Opinions of Stan Kiska and for a Rule 104(a) Hearing,* was served upon all counsel of record electronically on April 19, 2006.

WERNER LADDER COMPANY
By Its attorneys,

CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION


*/s/ Brian P. Voke*
Brian P. Voke (BBO# 544327)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000
