UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.: 05CV10304-LTS

| | |
|---|---|
| ROBERT GORMLEY, | * |
| | * |
| Plaintiff, | * |
| | * |
| | * |
| vs. | * |
| | * |
| | * |
| WERNER CO. AND | * |
| HOME DEPOT U.S.A., INC., | * |
| | * |
| Defendants. | * |

**PLAINTIFF'S *ASSENTED TO* MOTION TO CONTINUE STATUS CONFERENCE**

Plaintiff moves the Court to continue the May 3, 2006 status conference in the above matter to May 24, 2006 at 2:15 p.m. (as per the Court) on the grounds that plaintiff's counsel will be on trial during the first week of May 2006 in a medical malpractice jury trial in Springfield Superior Court, in the matter of <u>Elizabeth Socha v. Michel Prefontaine, M.D.</u>, Civil Action No. 2004-386 (Hampden Superior Court).

Defendants assent to this motion.

WHEREFORE, plaintiff moves the Court to continue the status conference in this matter to May 24, 2006 at 2:15 p.m.

2

                                                                The Plaintiff,
By His Attorneys,


  _s/Jonathan D. Sweet
Edward M. Swartz
B.B.O. No. 489540
Joseph A. Swartz
B.B.O. No. 489640
Jonathan D. Sweet
B.B.O. No. 634755
Swartz & Swartz
10 Marshall Street
Boston, MA 02108
(617) 742-1900

ASSENTED TO:
Defendants,
By their attorney,


  s/Brian Voke
Brian Voke, Esq.
B.B.O. No. 544327
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Boston, MA 02109
(617) 241-3000


DATED: April 28, 2006

## **CERTIFICATE OF SERVICE**

      I, Jonathan D. Sweet, Esq. do hereby certify that the foregoing document was served on the following counsel on this date and in the manner specified herein:

Electronically Serviced Through ECF:

Brian Voke, Esq.
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Boston, MA 02109

This 28th day of April, 2006.

                                                                                                                                                                                                                                                                                  __s/Jonathan D. Sweet
                                                                                                                                                                                                                                           Jonathan D. Sweet