**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

ROBERT GORMLEY
      Plaintiff(s)

V.

HOME DEPOT U.S.A.., INC.,
& WERNER, CO.
      Defendant(s)

CIVIL ACTION

NO. 05-CV-10304-LTS

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE     LEO T. SOROKIN

[X]    In the above entitled case, on 5/24/06 the parties reported that they do not wish to participate with mediation after referral to the ADR Program, but prior to ADR.

[ ]    On _____ I held the following ADR proceeding:

    _____ SCREENING CONFERENCE      _____ EARLY NEUTRAL EVALUATION
    _____ MEDIATION                  _____ SUMMARY BENCH / JURY TRIAL
    _____ MINI-TRIAL                 _____ SETTLEMENT CONFERENCE

    All parties were represented by counsel [except _____]

    The parties were / were not present in person or by authorized corporate officer [except _____].

    The case was:

[ ]    Settled. Your clerk should enter a _____ day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[X]    This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

_____

_____

5/24/06                                      /S/ Joyce London Alexander
DATE                                         ADR Provider

(ADR Report.wpd - 4/12/2000)                                      [adrrpt.]