

**Swartz & Swartz**
ATTORNEYS AT LAW
*The John & Ebenezer Hancock House on The Freedom Trail*
NUMBER TEN MARSHALL ST., BOSTON, MASSACHUSETTS 02108
617-742-1900   ·   FAX · 617-367-7193

May 24, 2006

Honorable Joyce London Alexander
United States District Court, District of Massachusetts
Courtroom 24, 7th Floor
One Courthouse Way
Boston, MA 02210-3002

Re:   Robert Gormley v. Werner Ladder Co. and Home Depot USA, Inc.
      C.A. No.: 05-CV-10304

Dear Judge Alexander:

This will confirm counsel's representations to Judge Sorokin this afternoon at a status conference in the above matter that after consultation among counsel it appears that a mediation would be fruitless.

Thank you.

Very truly yours,

Jonathan D. Sweet

cc:   Brian Voke, Esq.