UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT GORMLEY )<br>    PLAINTIFF )<br> )<br>V. )<br> )<br>WERNER LADDER CO., )<br>INC., AND HOME DEPOT )<br>U.S.A., INC. )<br>    DEFENDANTS ) | CIVIL ACTION<br>NO: 05CV10304WGY |

## SUGGESTION OF BANKRUPTCY

Werner Co. has filed for bankruptcy protection in the Federal Bankruptcy Court in Delaware.

## CERTIFICATE OF SERVICE

I, Brian P. Voke, hereby certify that on June 21, 2006, I served the within document by causing one copy to be sent via electronic mail and regular mail to James Swartz, Esq., Swartz & Swartz, Ten Marshall Street, Boston, MA 02108.

WERNER COMPANY
By Its attorneys,

CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

*/s/Brian P. Voke*
Brian P. Voke (BBO# 544327)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000