UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHSUETTS

| | |
|---|---|
| ROBERT GORMLEY )<br>  PLAINTIFF )<br> )<br>VS. )<br> )<br>WERNER LADDER CO., )<br>INC., AND HOME DEPOT )<br>U.S.A., INC. )<br>  DEFENDANTS ) | CIVIL ACTION<br>NO: 05CV10304WGY |

### Werner Co. Status Report

This case is stayed automatically by the bankruptcy filing.

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of *Werner Co. Status Report,* was served upon all counsel of record electronically on June 29, 2006.

WERNER LADDER COMPANY
By Its attorneys,

CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

*/s/Brian P. Voke*
Brian P. Voke (BBO# 544327)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000