UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                CIVIL ACTION
                                                NO.:  05 CV 10304 LTS

| | |
|---|---|
| ROBERT GORMLEY, | * |
| | * |
| Plaintiff | * |
| | * |
| vs. | * |
| | * |
| WERNER LADDER CO. AND | * |
| HOME DEPOT U.S.A., INC., | * |
| | * |
| Defendants | * |

**PLAINTIFF'S STATUS REPORT ON THE SUGGESTION OF BANKRUPTCY OF THE DEFENDANT, WERNER LADDER CO.**

    As per the Court Order to report on the status of the defendant, Werner Ladder Co.'s ("Werner") suggestion of bankruptcy, plaintiff states as follows:

    1.    This is a product liability claim involving an allegedly ladder from which the plaintiff fell.  The ladder was manufactured by Werner and sold by co-defendant, Home Depot U.S.A., Inc. ("Home Deport").

    2.    Since the filing of Werner's Suggestion of Bankruptcy, plaintiff has not received notice from any bankruptcy court and therefore has been unable to institute any type of adversary proceeding or to move for relief from the automatic stay.

    3.    Plaintiff has also requested but not received from defense counsel written confirmation regarding the existence, nature and extent of Werner's liability insurance policy limits and coverage.

4.	Such information will help determine whether plaintiff can file a motion in the bankruptcy court to lift the automatic stay to the extent of the insurance coverage, if any.

5.	Information from the public domain indicates that co-defendant, Home Depot U.S.A., Inc. (the retailer) had a policy at the relevant time requiring manufacturers such as Werner to maintain liability and indemnity insurance for product liability cases such as the one at bar.

WHEREFORE, plaintiff awaits information from defense counsel in Werner's status report to the Court detailing regarding the existence, nature and extent of Werner's liability insurance, if any.

The Plaintiff,
By His Attorneys,


_s/Jonathan D. Sweet
Edward M. Swartz
B.B.O. No. 489540
Joseph A. Swartz
B.B.O. No. 489640
Jonathan D. Sweet
B.B.O. No. 634755
Swartz & Swartz
10 Marshall Street
Boston, MA 02108
(617) 742-1900

DATED: July 31, 2006

## **CERTIFICATE OF SERVICE**

      I, Jonathan D. Sweet, Esq. do hereby certify that the foregoing document was served on the following counsel on this date and in the manner specified herein:

Electronically Serviced Through ECF:
Brian Voke, Esq.
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Boston, MA 02109

This 31st day of July, 2006.

                                                            s/Jonathan D. Sweet
                                                            Jonathan D. Sweet