UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHSUETTS

| | | |
|---|---|---|
| ROBERT GORMLEY<br>    PLAINTIFF | )<br>)<br>) | CIVIL ACTION |
| VS. | )<br>) | NO: 05CV10304WGY |
| WERNER LADDER CO.,<br>INC., AND HOME DEPOT<br>U.S.A., INC.<br>    DEFENDANTS | )<br>)<br>)<br>) | |

### Werner Co. Status Report

The bankruptcy case is ongoing.

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of *Werner Co. Status Report,* was served upon all counsel of record electronically on October 5, 2006.

> WERNER LADDER COMPANY
> By Its attorneys,
>
> CAMPBELL CAMPBELL EDWARDS & CONROY
> PROFESSIONAL CORPORATION
>
> */s/Brian P. Voke*
> Brian P. Voke (BBO# 544327)
> One Constitution Plaza
> Boston, MA 02129
> (617) 241-3000