UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
|  |  | CIVIL ACTION |
|  |  | NO.:  05 CV 10304 LTS |
| ROBERT GORMLEY, | * |  |
|  | * |  |
| Plaintiff | * |  |
|  | * |  |
| vs. | * |  |
|  | * |  |
| WERNER LADDER CO. AND | * |  |
| HOME DEPOT U.S.A., INC., | * |  |
|  | * |  |
| Defendants | * |  |

## PLAINTIFF'S STATUS REPORT ON BANKRUPTCY CASE

The bankruptcy matter involving defendant, Werner Ladder Co. is ongoing and the parties thereto are attempting to resolve certain claims and debts, including the claim in the above matter, via bankruptcy court-ordered ADR procedures.

                                                                                    The Plaintiff,
                                                                                    By His Attorneys,

                                                                                     _s/Jonathan D. Sweet
                                                                                    Edward M. Swartz
                                                                                    B.B.O. No. 489540
                                                                                    Joseph A. Swartz
                                                                                    B.B.O. No. 489640
                                                                                    Jonathan D. Sweet
                                                                                    B.B.O. No. 634755
                                                                                    Swartz & Swartz
                                                                                    10 Marshall Street
                                                                                    Boston, MA 02108
                                                                                    (617) 742-1900

DATED:  <u>October 12, 2006</u>

## **CERTIFICATE OF SERVICE**

I, Jonathan D. Sweet, Esq. do hereby certify that the foregoing document was served on the following counsel on this date and in the manner specified herein:

Electronically Serviced Through ECF:

Brian Voke, Esq.
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Boston, MA 02109

This 12th day of October, 2006.

   s/Jonathan D. Sweet
   Jonathan D. Sweet