UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT GORMLEY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WERNER LADDER CO., )<br>ET AL )<br>Defendant. ) | Civil Action No.<br>05-10304-LTS |

## DISCLOSURE NOTICE

SOROKIN, M.J

In September 2007 a family member of the undersigned acquired stock in Home Depot. After learning of the conflict raised by the acquisition of the stock, the stock was sold by the family member which stock had been owned for nine days. The interest in Home Depot was not one that could be substantially affected by the outcome of this case. After a review of the matter, I do not believe recusal is necessary. However, upon the request of any party within fourteen days of this order, I will recuse myself so that another magistrate-judge may be assigned to this matter.

SO ORDERED.

/s/ Leo T. Sorokin
United States Magistrate Judge

Dated: November 6, 2007