UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  | CIVIL ACTION |
|---|---|---|
|  |  | NO.: 05 CV 10304 LTS |
| ROBERT GORMLEY, | * |  |
|  | * |  |
| Plaintiff | * |  |
|  | * |  |
| vs. | * |  |
|  | * |  |
| WERNER LADDER CO. AND | * |  |
| HOME DEPOT U.S.A., INC., | * |  |
|  | * |  |
| Defendants | * |  |

## PLAINTIFF'S STATUS REPORT ON THE BANKRUPTCY OF THE DEFENDANT, WERNER LADDER CO.

As per the Court Order to report on the status of the defendant, Werner Ladder Co.'s ("Werner") bankruptcy, plaintiff states as follows:

1. This is a product liability claim involving an allegedly defective ladder from which the plaintiff fell. The ladder was manufactured by Werner and sold by co-defendant, Home Depot U.S.A., Inc. ("Home Deport").

2. On June 12, 2006, Werner and related debtors filed a voluntary petition for relief under Chapter 11 in the United States Bankruptcy Court for the District of Delaware, case Nos. 06-10578 through 06-10581.

3. The bankruptcy matter is still active and the automatic stay remains in place. However, plaintiff recently filed a motion for relief from stay in that matter and it is anticipated that there will be a hearing on the motion in early October 2008.

4.      In the event the motion for relief from stay is allowed by the Bankruptcy Court, counsel for the plaintiff will file the Order allowing said motion with this Court and contact the clerk to discuss re-activation of this case.

          The Plaintiff,

          By His Attorneys,

          _s/Jonathan D. Sweet
          Edward M. Swartz
          B.B.O. No. 489540
          Joseph A. Swartz
          B.B.O. No. 489640
          Jonathan D. Sweet
          B.B.O. No. 634755
          Swartz & Swartz
          10 Marshall Street
          Boston, MA 02108
          (617) 742-1900

DATED:  August 21, 2008

**CERTIFICATE OF SERVICE**

I, Jonathan D. Sweet, Esq. do hereby certify that the foregoing document was served on the following counsel on this date and in the manner specified herein:

Electronically Serviced Through ECF:
Brian Voke, Esq.
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Boston, MA 02109

This 21st day of August, 2008.

          __s/Jonathan D. Sweet
          Jonathan D. Sweet